## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Chapter | 7 |
| Jewel B. Lockhart ) | Case No. | 18-15162 |
| ) | Judge | Schmetterer |
| ) | | |
| ) | | |
| ) | | |
| Philip V. Martino, Trustee ) | Adv. No. | 20-00125 |
| Plaintiff ) | | |
| v. ) | | |
| Erika Saffold, ) | | |
| Defendant ) | | |

### NOTICE OF MOTION

To:  Philip V. Martino, Esq.                US Trustee (ECF Only)
     c/o Hailey A. vArner
     Quarles Brady LLP
     300 N. LaSalle St #400
     Chicago, IL  60654          (via ECF Only)

PLEASE TAKE NOTICE that on the 5th Day of May, 2020, at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, a hearing on the attached **Motion to Extend Time to Answer or Otherwise Plead,** will be heard before The Honorable Jack B. Schmetterer, Bankruptcy Judge at 219 S. Dearborn, Room 682, Chicago, Illinois, or before any other bankruptcy Judge sitting instead, by telephonic hearing.

**A PARTY WHO OBJECTS TO THIS MOTION AND WANTS IT CALLED MUST FILE A NOTICE OF OBJECTION NO LATER THAN TWO (2) BUSINESS DAYS BEFORE PRESENTMENT DATE.  IF A NOTICE OF OBJECTION IS TIMELY FILED, THE MOTION WILL BE CALLED ON THE PRESENTMENT DATE.  IF NO NOTICE OF OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING BEFORE THE DATE OF PRESENTMENT.**

**Law Offices of Daniel J. Winter**
Daniel J. Winter
53 West Jackson Boulevard
Suite 718
Chicago, IL  60604
(312) 427-1613

## CERTIFICATE OF SERVICE

      I, Daniel J. Winter, an attorney, on oath, certify that I caused to be served a copy of the above **Notice**, together with the attached **Motion**, to the parties on the attached service list with the United States mail at US Post Office, Deerfield, Illinois, proper postage prepaid (as indicated on the attached list) before 5:00 p.m. this _20th___ day of April, 2020, or by the methods indicated on the attached list.

                                                                       /s/ Daniel J. Winter

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE:<br>    Jewel B. Lockhart | )<br>)<br>)<br>)<br>) | Chapter<br>Case No.<br>Judge | 7<br>18-15162<br>Schmetterer |
| Philip V. Martino, Trustee<br>               Plaintiff<br>v.<br>Erika Saffold,<br>               Defendant | )<br>)<br>)<br>)<br>)<br>) | Adv. No. 20-00125 | |

**MOTION TO EXTEND TIME FOR DEFENDANT**

**TO ANSWER OR OTHERWISE PLEAD**

Defendant, Erika Saffold, by her attorney, Daniel J. Winter, hereby requests additional time to answer or otherwise plead, and in support states the following:

1. On May 25, 2018, the Debtor filed her Petition for Relief under the US Bankruptcy Code.

2. Philip V. Martino was appointed the Trustee in this case.

3. On March 23, 2020, the Trustee filed the instant Adversary Complaint for avoidance and recovery of an alleged fraudulent transfer. (the "Complaint")

4. Counsel was recently retained and is investigating all possible defenses and other responses to this Complaint.

5. Counsel has contacted the Trustee's attorney to discuss possible negotiations as well, in attempts to resolve this matter.

6. Because the Summons was issued on March 23, 2020, a response would be due on April 22, 2020.

7. The initial status hearing in this matter is scheduled for May 12, 2020.

8. Defendant requests that the deadline to respond be extended to June 30, 2020.

Wherefore, Defendant requests that this Honorable Court extend the time to answer or otherwise plead to June 30, 2020, and for any other relief as this Court deems just and proper.

          Respectfully Submitted,
**Erika Saffold**

By:/s/ Daniel J. Winter
    Her attorney

Daniel J. Winter #6208223
**Law Offices of Daniel J. Winter**
53 W. Jackson, Suite 718
Chicago, IL 60604
(312)427-1613